## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| JAMES JOSEPH JULUKE, JR. | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 3:14-CV-04035-G |
| | § | |
| | § | |
| NORTHPARK LAND PARTNERS, LP | § | |
| *Defendant* | § | |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

I.      Applicant is an attorney and a member of the law firm of (or practices under the name of)

Theresa L. Kitay, Attorney at Law                              , with offices at

578 Washington Boulevard, Suite 836
(Street Address)

Marina del Rey                              CA                      90292
(City)                                      (State)                 (Zip Code)

310-578-9134                              .
(Telephone No.)

II.      Applicant will sign all filings with the name            Theresa L. Kitay            .

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

tkitay@kitaylaw.net                              .
(E-mail Address)

III.      Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Northpark Land Partners, LP

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.    Applicant is a member in good standing of the bar of the highest court of the state of

_____California_____, where Applicant regularly practices law.

Bar license number:_____237311_____   Admission date:_____6/15/2005_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only.
Bar Status Verified:

---------------

V.    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| All state and federal - Georgia | June 1987 | Active |
| | | |
| | | |
| | | |

VI.    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:              Case No. And Style:

_____     _____

_____     _____

_____     _____

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is

_____  Alvin H. Badger, Attorney at Law  _____ who has offices at

6440 North Central Expressway, Suite 514, LB 30  _____
(Street Address)

Dallas  _____      TX _____      75206-4134 _____
(City)                                                        (State)                 (Zip Code)

214-521-2888  _____.
(Telephone No.)

**XI.**   Check the appropriate box below.

For Application in a **Civil Case**

☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the __9th__ day of_____December_____, __2014__.

Theresa L. Kitay  _____
Printed Name of Applicant

*Theresa L. Kitay*
Signature