UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, <br><br> Plaintiff, <br><br> v. <br><br> NORTHPARK LAND PARTNERS, LP, A Delaware Limited Partnership, <br><br> Defendant. | Case No.: 3:14-CV-4035-G |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, NORTHPARK LAND PARTNERS, LP, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice. The parties further stipulate that each party shall be responsible for its own fees and costs.

Respectfully Submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman
N.D. TX No. 597155FL
Ku & Mussman, P.A.
12550 Biscayne Blvd., Suite 406
Miami, Florida 33181
Tel: (305) 891-1322
Fax: (305) 891-4512
*Attorney for Plaintiff*

Dated: 2/6/15

Respectfully Submitted,

*/s/ Theresa L. Kitay*
Theresa L. Kitay
CA Bar No. 237311
Attorney at Law
578 Washington Boulevard, Suite 836
Marina del Rey, CA 90292
Tel: (310) 578-9134
Fax: (770) 454-0126
*Attorney for Defendants*

Dated: 2/6/15

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Alvin H. Badger<br>Attorney at Law<br>6440 North Central Expressway<br>Suite 514 LB 30<br>Dallas, Texas 75206-4134 | Theresa L. Kitay<br>Attorney at Law<br>578 Washington Boulevard<br>Suite 836<br>Marina del Rey, CA 90292 |

By: */s/ Louis I. Mussman*
Louis I. Mussman, Esq.